UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA L. COMBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:15-cv-00379-RLY-TAB ) |
| INTERNATIONAL MEDICAL GROUP, INC. | ) ) ) ) |
| Defendant. | ) |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Stipulation of Dismissal with Prejudice submitted by all parties to this action, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

SO ORDERED this <u>14th  day of Marc</u>h 2016.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record